# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACKIE STEFANOWICZ,

    Plaintiff,

      v.

SUN TRUST MORTGAGE, et al.,

    Defendants.

CIVIL ACTION NO. 3:16-CV-00368

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this _19th_ day of March, 2018, upon review of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (*Doc.* 45) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's R&R is **ADOPTED in its entirety**:

    (1)    Defendants' Motions to Dismiss (*Docs.* 39, 41) are **GRANTED**.

        (a)    Plaintiff's Amended Complaint (*Doc.* 38) is **DISMISSED with prejudice**.

    (2)    The Clerk of Court is instructed to mark this case **CLOSED**.

 

A. Richard Caputo
United States District Judge